FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2020**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KENTEY RAMONE FIELDER,<br><br>        Defendant. | No. 1:20-CR-02027-SAB-1<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER** |

Before the Court are the Government's Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information, ECF No. 21, and associated Motion to Expedite, ECF No. 20. The motions were considered without oral argument and on an expedited basis. The Government is represented by Dan Fruchter and Tyler Tornabene; Defendant is represented by Jennifer Barnes and Jeremy Sporn.

The Government requests the Court enter a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1) limiting the disclosure of discovery and sensitive information. Discovery in this case involves confidential financial and personal records, and is so voluminous that redaction of individual pages is not practical and would obscure information pertinent to the charges against Defendant and potential defenses. The majority of discovery has already been produced; the

**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER * 1**

remaining discovery includes confidential records, search warrants, accompanying affidavits, and material pertaining to other individuals who remain under investigation. The Government further argues that an expedited ruling is necessary because the deadline for discovery in this case is on September 28, 2020. The Court finds good cause to grant the motions.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Expedite, ECF No. 20, is **GRANTED**.

2. The Government's Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information, ECF No. 21, is **GRANTED**.

3. A Protective Order is **ENTERED** as follows:

(a) The United States is authorized to disclose the discovery and sensitive information materials, specifically, documents related to the issuance of search warrants and documents and information responsive thereto (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

(b) Government personnel and counsel for KENTEY RAMONE FIELDER, shall not provide, or make available, the sensitive information in the Discovery to any person except as specified in the Order or by approval from this Court. Counsel for KENTEY RAMONE FIELDER, and the Government shall restrict access to the Discovery, and shall only disclose the sensitive information in the Discovery to their client, office staff, investigators, independent paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert witnesses to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter or that the Government believes is necessary in the investigation and prosecution of this matter.

(c) Third parties contracted by the United States or counsel for KENTEY RAMONE FIELDER, to provide expert analysis or testimony may possess and inspect the sensitive information in the Discovery, but only as

**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER * 2**

necessary to perform their case-related duties or responsibilities in this matter. At all times, third parties shall be subject to the terms of the Order.

(d) Discovery in this matter will be available to defense counsel via access to a case file on USA File Exchange. If necessary to review discovery with their respective clients, defense counsel may download the discovery and duplicate only once. In order to provide discovery to a necessary third-party vendor, consultant, and/or anticipated fact or expert witness, counsel for KENTEY RAMONE FIELDER may duplicate the discovery only once. No other copies may be made, by defense counsel or the defendants, without prior approval from this Court.

(e) All counsel of record in this matter, including counsel for the United States, shall ensure that any party, including the Defendant, that obtains access to the Discovery, is provided a copy of this Order and agrees to be bound by it. No other party that obtains access to or possession of the Discovery containing sensitive information shall retain such access or possession unless authorized by this Order, nor further disseminate such Discovery expect as authorized by this Order or the further Order of this court. Any other party that obtains access to, or possession of, the Discovery containing discovery information once the other party no longer requires access to or possession of such Discovery shall promptly destroy or return the Discovery once access to Discovery is no longer necessary. For purposes of this Order, "other party" is any person other than appointed counsel for the United States or counsel for KENTEY RAMONE FIELDER.

(f) All counsel of record, including counsel for the United States, shall keep a list of the identity of each person to whom the Discovery containing sensitive information is disclosed and who was advised of the requirements of this Order. Neither counsel for KENTEY RAMONE FIELDER nor counsel for the United States shall be required to disclose this list of persons unless ordered to do so by the Court.

**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER * 3**

(g) Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for KENTEY RAMONE FIELDER shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

(h) Government personnel and counsel for KENTEY RAMONE FIELDER shall promptly report to the Court any known violations of this Order.

(i) The Protective Order only applies to "sensitive information" pertaining to the search warrants sought and obtained by the Government and records responsive thereto.

(j) Nothing in this order is intended to prevent defense counsel from reviewing discovery with the Defendant, from providing discovery to Defendant, or to prevent Defendant the ability to obtain and review discovery.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 23rd day of September 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER** * 4