PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 10, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Fielder, Kentey Ramone | Docket No. | 0980 1:20CR02027-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kentey Ramone Fielder, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 14th day of September 2020, under the following conditions:

**Special Condition #7:** Defendant may not bid for any Government work or contract while on Pretrial Release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Fielder is alleged to be in violation of his pretrial release conditions by making false statements, in violation of 18 U.S.C. § 1001, when he submitted false information through the System for Award Management (SAM) database, causing a company he operated, CBA Properties, to be awarded a government contract on or about August 27, and September 29, 2020.

Conditions of pretrial release were reviewed by the Northern District of Georgia, and signed by Mr. Fielder on October 15, 2020, acknowledging an understanding of his requirements to include the special condition as noted above.

On March 2, 2021, this officer received a violation report via email from United States Probation Officer (USPO) Stotts in the Northern District of Georgia (ND/GA). This officer made contact with USPO Stotts who advised she was contacted on March 2, 2021, by a special agent with the Defense Criminal Investigative Service (the criminal investigative arm of the Inspector General of the United States Department of Defense (OIG-DOD) in her district) advising Mr. Fielder has been under investigation since August of 2020, for using a false identity and submitting false information to bid for government contracts. This officer then made contact with Mr. Fruchter, Assistant United States Attorney (AUSA) in the Eastern District of Washington. Mr. Fruchter provided this officer with the OIG-DOD special case agent's contact information. On March 3, 2021, this officer received the investigative materials and report regarding the above allegations.

According to information received from the special case agent, Mr. Fielder is currently debarred from doing business with the U.S. Government, being suspended on May 9, 2019, and formally debarred on December 16, 2020. While Mr. Fielder was suspended from doing business, a company previously used by Mr. Fielder to conduct fraudulent activity, CBA Properties, was awarded two government contracts; however, the contracts were signed using the name "Geraldine Champion." The first contract, dated August 27, 2020, with the Department of Homeland Security Border and Customs Protection, was to service their Kyocera copy/fax machines in the El Paso, Texas, sector for 1 year in the amount of $9,270, order number 70B03C20P00000489. The second contract, dated September 29, 2020, was also with the Department of Homeland Security Border and Customs Protection, to install and provide wireless service in the  Indianapolis, Indiana, sector totaling approximately $36,579, order number 70B03C20P00000634.

According to the special agent, the U.S. Department of Homeland Security Office of Inspector General (DOH-OIG) have conducted multiple interviews regarding the award of these two contracts and the results were annotated in the report I1713952 MOA.

The General Services Administration Office of Inspector General (GSA-OIG) conducted a query of the System for Award Management (SAM) database for CBA Properties, and it was determined the January 23, 2020, certification of CBA Properties was the active registration at the time of award for the two contracts listed above. The CBA Properties electronic

**PS-8**

**Re: Fielder, Kentey Ramone**
**March 9, 2021**
**Page 2**

certification made in SAM,  linked the Electronic Fund Transfer (EFT) bank account to a Wells Fargo account ending in 9144, and the remitter as "Fielder" with an address of 2125 Lavista Executive Park Drive, Ste 604, Tucker, Georgia, 30084. The listed EFT and remitted entity in SAM determines where contract payments are dispersed. The listed Wells Fargo account ending in 9144 was previously reviewed by investigators, and the sole signature authority for that account is Mr. Fielder. Per the special agent, this means any contract payments made to CBA Properties for the two aforementioned contracts would have gone to a bank account solely controlled by Mr. Fielder.

According to the special agent, from all current available evidence, it appears Mr. Fielder is unlawfully using a fictitious name, Geraldine Champion and CBA Properties, in order to circumvent the excluded parties' list, and is again attempting to unlawfully obtain U.S. Government contracts. Additionally he notes, making false representations within SAM is a violation of 18 U.S.C. § 1001.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME.

---

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    March 9, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

*M. K. Dimke*

Signature of Judicial Officer

3/10/2021

Date