PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Fielder, Kentey Ramone | Docket No. | 0980 1:20CR02027-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kentey Ramone Fielder, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 14th day of September 2020, under the following conditions:

**Court order dated May 18, 2021 (ECF. 52) - Revocation of Pretrial Release Conditions:** Defendant Kentey Fielder is directed to report the United States Marshal's Service Office in Atlanta by 4:00pm local time (EST) on May 18, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Fielder is alleged to be in violation of his pretrial release conditions by failing to self-surrender to the United States Marshals office in Atlanta, Georgia, on May 18, 2021, by 4 p.m. eastern standard time (EST).

On May 17, 2021, a pretrial revocation hearing was held. Mr. Fielder's pretrial release was revoked and he was verbally ordered by the Court to self-surrender on May 18, 2021, by 4 p.m. eastern standard time (EST). On May 18, 2021, this officer was notified by United States Probation Officer (USPO) Stotts that Mr. Fielder contacted her via telephone at 3:50 p.m. (EST) advising he had a tire blow out on the way to self-surrender. Per USPO Stotts, Mr. Fielders stated he was on Interstate 285 at Camp Creek Parkway in Atlanta, Georgia. USPO Stotts asked for confirmation of his whereabouts, which he failed to provide. USPO Stotts stated Mr. Fielder advised he was waiting for the American Automobile Association (AAA) to assist. USPO Stotts suggested Mr. Fielder contact Uber or Lyft (ride-share programs) to take him to the Marshals office. Mr. Fielder advised he did not have money for those two options. As of the submission of this report, Mr. Fielder failed to self-surrender as ordered by the Court and his current whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT AT THIS TIME.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     May 18, 2021

by     s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

**Re: Fielder, Kentey Ramone**
**May 18, 2021**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   ~~The Issuance of a Warrant~~   The warrant issued on 5/18/2021 shall remain outstanding for
[ ]   The Issuance of a Summons  defendant's arrest (mkd)
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the
case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

5/18/2021
_____
Date